

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00358-CR and 04-15-00359-CR

Margaret Jane **GRIFFITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B09-09 and B08-578
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant Margaret Jane Griffith filed separate notices of appeal for related underlying issues in appeals numbered 04-15-00358-CR and 04-15-00359-CR. After this court granted a first motion for extension of time to file the briefs, Appellant's briefs were due on October 19, 2015. The next day, Appellant filed second motions for extensions of time in each appeal. Appellant requests an additional thirty days to file the briefs, with the briefs due on November 18, 2015.

Appellant's motions are GRANTED with the following additional requirements. On its own motion, this court has determined that the appeals should be consolidated for purposes of any further orders, briefs, submission, opinion, judgment, and mandate.

Appellant's brief must present for review any issues she wishes to raise from either appeal; the State's brief may respond to Appellant's issues. *See* TEX. R. APP. P. 38.1, 38.2. Appellant may file a reply brief. *See* TEX. R. APP. P. 38.3. Each brief's caption must include the numbers for both appeals. Any other documents the parties file must likewise contain both numbers.

We ORDER the clerk of this court to retain the separate records for the appeals and to file any future documents for the consolidated appeal in this court's records for both appeals.

If oral argument is ordered, the consolidated appeal must be argued within the applicable time limits for a single appeal. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.1. This court will dispose of the consolidated appeal with one opinion, judgment, and mandate.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court